# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KYRON MURDOCK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 17-cv-0615-MJR-SCW |
| WEXFORD HEALTH SERVICES, INC., JOHN BALDWIN, LOUIS SHICKER, JACQUELINE LASHBROOK, JOHN TROST, DWAYNE HILL, and GAIL WALLS, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM & ORDER

**REAGAN, Chief Judge:**

On June 9, 2017, Plaintiff Kyron Murdock filed suit alleging, as narrowed at threshold review, that Defendants Lashbrook and Baldwin violated his Eighth Amendment rights by subjecting him to unconstitutional conditions of confinement, that Defendants Wexford Health Services, Inc., Trost, Shicker, Walls, Baldwin, and Lashbrook violated his Eighth Amendment rights by acting with deliberate indifference to his serious medical needs, that Defendants Trost and Hill acted with deliberate indifference to his serious medical condition, and that Defendant Hill violated his Eighth Amendment rights by persisting in a course of treatment known to be ineffective. Defendants moved for summary judgment, arguing that Murdock failed to exhaust his administrative remedies prior to filing suit (Docs. 34, 38, 58, 61). Plaintiff filed timely responses to each motion (Docs. 41, 64, 65).

1

On October 31, 2018, Magistrate Judge Stephen C. Williams held a hearing on the motions for summary judgment. On November 16, 2018, Judge Williams entered a Report & Recommendations (Doc. 71). The report recommends that the undersigned deny Defendants' motions for summary judgment and clearly states that the deadline for filing any objections to the findings and recommendations was December 3, 2018. That deadline has passed, and no party filed objections. As a result, this Court need not conduct a de novo review of the Report & Recommendations. *See* **27 U.S.C. § 636(b)(1)**.

The undersigned District Judge **ADOPTS** in its entirety the Report & Recommendations (Doc. 71) submitted by Judge Williams and **DENIES** Defendants' motions for summary judgment (Docs. 35, 38, 58, 61).

**IT IS SO ORDERED**.

DATED: December 14, 2018

*s/ Michael J. Reagan*
MICHAEL J. REAGAN
**Chief Judge**
**United States District Court**